NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HAROLD V. DAVIS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7107

---

Appeal from the United States Court of Veterans Claims in case no. 10-0396, Judge Mary J. Schoelen.

---

## ON MOTION

---

## O R D E R

Harold V. Davis moves for various time extensions, exemption from court rules relating to copies of exhibits, and copies of this court's rules.

Davis does not provide specifics for his extension of time request. Moreover, he has already submitted an

informal brief in this case within the proscribed deadlines for such a filing.

Davis also asks for relief from the requirement that he provide copies of exhibits. Davis appears to have submitted his informal brief with reference to exhibits but no attachments. Without at least one copy, the court is unable to consider his exhibits. Accordingly, Davis must provide at least one copy of his exhibits, as referenced in his informal brief.

Accordingly,

IT IS ORDERED THAT

(1) The motion for an extension of time is denied without prejudice to him filing for a specific extension, if necessary, for a reply brief.

(2) The motion for exemption from the court rules relating to copies of exhibits is denied.

(3) The motion for a copy of this court's rules is granted. This court will provide Mr. Davis with a copy of the Rules of Practice and the Pro Se Guide.

FOR THE COURT

**JUN 1 4 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Harold V. Davis
    James R. Sweet, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 4 2012

JAN HORBALY
CLERK